ORIGINAL
FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2008 AUG 18  PM 2: 42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

| UNITED STATES OF AMERICA, | Case No. CR _08-800(A) |
|---|---|
| Plaintiff, | NOTICE TO COURT |
| v. | OF RELATED CRIMINAL CASE |
| DANIEL FELIPE VILLAVICENCIO, | (PURSUANT TO |
| Defendant. | GENERAL ORDER 224) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. CESAR TORRES et.al</u>, Case <u>CR No.</u> 08-284(B)-AHM, which:

__X__ was previously assigned to the Honorable A. Howard Matz;

_____ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

<u>Additional explanation (if any)</u>:

The government hereby notifies the court that count two of the <u>Torres</u> case involved transportation of oxycodone from the Central district of California to the District of Alaska by a group of indicted and unindicted co-conspirators. The <u>Villavincencio</u> case involves different members of the same group and the transportation of oxycodone from the Central district of California to the District of Alaska. There are no overlapping defendants but the cases involve a common scheme.

DATED: August 16, 2008

ELIZABETH A. RHODES
Assistant United States Attorney

(NOTICE.FRM - 6/98)